UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,
aka, GARY BARGER,

    Plaintiff,

  v.

DIRECTOR OF OPS OF CDCR,

    Defendant.

Case No. 14-cv-04607-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Gary Fisher has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. While the Court is in possession of his Certificate of Funds and his prison trust account statement, it lacks the IFP application form itself. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Fisher may move to reopen the action. Any such motion **must** contain (1) an IFP application completed and signed by Fisher, or (2) full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 1, 2014



WILLIAM H. ORRICK
United States District Judge